IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-023-RJC-DCK

| | |
|---|---|
| **MOVEMENT MORTGAGE, LLC,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| **JARED WARD, et al.,** | ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Robert J. Aylward, concerning Russell B. Berger on January 23, 2014. Mr. Russell B. Berger seeks to appear as counsel *pro hac vice* for Plaintiff Movement Mortgage, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Mr. Russell B. Berger is hereby admitted *pro hac vice* to represent Plaintiff Movement Mortgage, LLC.

**SO ORDERED**.

Signed: January 23, 2014

David C. Keesler
United States Magistrate Judge