IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-023-RJC-DCK

| | |
|---|---|
| MOVEMENT MORTGAGE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JARED WARD, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 17) filed by Adam L. Ross, concerning Michael J. Fortunato on February 5, 2014. Mr. Michael J. Fortunato seeks to appear as counsel *pro hac vice* for Defendants New Penn Financial, LLC, Jared Ward, Juan Carlos Kelley and Jason Stenger. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 17) is **GRANTED.** Mr. Michael J. Fortunato is hereby admitted *pro hac vice* to represent Defendants New Penn Financial, LLC, Jared Ward, Juan Carlos Kelley and Jason Stenger.

**SO ORDERED**.

Signed: February 5, 2014

David C. Keesler
United States Magistrate Judge