# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:14-CV-023-RJC-DCK

| | | |
|---|---|---|
| **MOVEMENT MORTGAGE, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **JARED WARD, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To File Under Seal" (Document No. 38) filed March 12, 2014.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, and noting consent of counsel for Defendants, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To File Under Seal" (Document No. 38) is **GRANTED**.  The Clerk of Court is directed to place Document No. 39 under seal until otherwise ordered by the Court.

Signed: March 13, 2014

David C. Keesler
United States Magistrate Judge